ClientCaseID: HANUS, KATHY
Law Firm ID: BLOCK


*328559A*

CaseReturnDate: 3/4/12

Affidavit of Special Process Server

# UNITED STATES DISTRICT COURT

Case Number **12CV00743**

I, JONATHAN R. DIXON

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF PRIVATE DETECTIVE AGENCY #117-001292 STERN PROCESS & INVESTIGATION LLC 205 W. RANDOLPH ST, CHICAGO IL 60606 LICENSED BY THE ILLINOIS DEPARTMENT OF FINANCIAL AND PROFESSIONAL REGULATION.

## CORPORATE SERVICE

THAT I SERVED THE WITHIN     SUMMONS AND COMPLAINT AND HOMEOWNERS NOTICE

ON THE WITHIN NAMED DEFENDANT **JP MORGAN CHASE BANK, N.A.**
PERSON SERVED **GINA LENDI, PROCESS SPECIALIST**
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT ON **2/6/12**

GINA LENDI, PROCESS SPECIALIST FOR CT CORPORATION SYSTEM, THE REGISTERED AGENT FOR JP MORGAN CHASE BANK, N.A. STATED THAT PER COMPANY POLICY SHE IS AUTHORIZED TO ACCEPT SERVICE OF THE DOCUMENTS.

That the sex, race and approximate age of the person whom I left the document(s) are as follow:

| | | | | | |
|---|---|---|---|---|---|
| Sex | FEMALE | Race | WHITE | Age | 20s |
| Height | 5'5" | Build | THIN | Hair | BROWN |

LOCATION OF SERVICE   **208 S. LASALLE STREET, SUITE 814
CHICAGO, IL, 60604**

Date Of Service  2/6/12          Time of Service  1:32 PM

JONATHAN R. DIXON                        2/6/2012
Special Process Server
P.E.R.C.#129-316846

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.

Total:   $95.00

ClientCaseID: HANUS,KATHY
Law Firm ID: BLOCK



CaseReturnDate: 3/4/12

Affidavit of Special Process Server

## UNITED STATES DISTRICT COURT

Case Number **12CV00743**

I, JONATHAN R. DIXON

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF PRIVATE DETECTIVE AGENCY #117-001292 STERN PROCESS & INVESTIGATION LLC 205 W. RANDOLPH ST. CHICAGO IL 60606 LICENSED BY THE ILLINOIS DEPARTMENT OF FINANCIAL AND PROFESSIONAL REGULATION.

### CORPORATE SERVICE

THAT I SERVED THE WITHIN   SUMMONS AND COMPLAINT AND HOMEOWNERS NOTICE

ON THE WITHIN NAMED DEFENDANT JP MORGAN CHASE & CO.
PERSON SERVED GINA LENDI, PROCESS SPECIALIST
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT ON 2/6/12
GINA LENDI, PROCESS SPECIALIST FOR CT CORPORATION SYSTEM, THE REGISTERED AGENT FOR JP MORGAN CHASE & CO. STATED THAT PER COMPANY POLICY SHE IS AUTHORIZED TO ACCEPT SERVICE OF THE DOCUMENTS.

That the sex, race and approximate age of the person whom I left the document(s) are as follow:

Sex FEMALE   Race WHITE   Age 20s
Height 5'5"   Build THIN   Hair BROWN

LOCATION OF SERVICE   **208 S. LASALLE STREET, SUITE 814**
**CHICAGO, IL, 60604**

Date Of Service 2/6/12   Time of Service 1:32 PM

JONATHAN R. DIXON   2/6/2012
Special Process Server
P.E.R.C.#129-316846

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.

TOTAL P.03